WALTER B. GIBSON, Appellant, v. STREET & SMITH PUBLICATIONS, INC., et al., Respondents, et al., Defendants.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

WALTER B. GIBSON, Appellant, v. STREET & SMITH PUBLICATIONS, INC., et al., Respondents, et al., Defendants.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.; Callahan and Heffernan, JJ., dissent as to the fourth and fifth causes of action and vote to deny the motions to dismiss them upon the ground that it may not be said that on the face of the pleadings that the contract sued on is incapable of performance within a year. [See 280 App. Div. 778.]

WALTER B. GIBSON, Appellant, v. STREET & SMITH PUBLICATIONS, INC., Respondent, et al., Defendants.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

WALTER B. GIBSON, Appellant, v. STREET & SMITH PUBLICATIONS, INC., et al., Defendants, and BLUE COAL CORP. et al., Respondents.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

WALTER B. GIBSON, Appellant, v. STREET & SMITH PUBLICATIONS, INC., et al., Defendants, and BLUE COAL CORP. et al., Respondents.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL WELICOWITZ, Appellant.— Present — Callahan, J. P., Van Voorhis, Shientag, Heffernan and Bergan, JJ.; Callahan, J. P., and Bergan, J., dissent and vote to affirm on the ground that the sentencing court had the right to consider the matters related by the District Attorney and set forth in the probation report in imposing sentence, and under the circumstances the sentence imposed was warranted. Settle order on notice.